**Electronically Filed
Supreme Court
SCWC-18-0000067
15-JUL-2021
09:35 AM
Dkt. 14 ODAC**

SCWC-18-0000067

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

STEVEN CAPOBIANCO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000067; CR. NO. 2PC161000133)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on May 16, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, July 15, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

